## Fratto & Mustari, Plaintiffs in Error, v. Henry Horner et al., Defendants in Error.

## Gen. No. 15,881.

MUNICIPAL COURT—*when ruling upon motion to vacate not subject to review.* In the absence of a certificate of any kind pertaining to the issue made by the defendant on a motion to vacate and set aside a judgment, the propriety of the ruling of the court upon such motion is not presented for review where there was no correct statement of facts or stenographic report of the proceedings at the trial filed.

Error to the Municipal Court of Chicago; the HON. CHARLES N. GOODNOW, Judge, presiding.    Heard in this court at the October term, 1909.    Affirmed.    Opinion filed November 20, 1911.

JAMES T. JARRELL, for plaintiffs in error; CAIROLI GIGLIOTTI, of counsel.

WHITMAN & HORNER, for defendants in error.

MR. JUSTICE SMITH delivered the opinion of the court.

This is a writ of error to the Municipal Court of Chicago in a case of the fourth class, to reverse a judgment there entered for the plaintiffs on the default of the defendants, for the sum of $157.89.

The transcript of the record here filed contains neither a correct statement of the facts and the law involved nor a correct stenographic report of the proceedings in the court below on the hearing of the defendants' motion to vacate and set aside said judgment.

The record contains no certificate of any kind by the trial court pertaining to the showing made by the defendants on the motion to vacate and set aside said judgment.  The record as here filed disclosing no error, the judgment is affirmed.

*Affirmed.*